139018

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2377 ADM/RLE Case Title: Garland v. Schlotzsky

**Affidavit of Movant**

I, Robert B. Bauer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert Zarco, an attorney admitted to practice in the Southern District of Florida*, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff(x)defendant Kimberly Garland in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 227365 | 1/22/02 |
| Signature Robert B. Bauer | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, ROBERT ZARCO, am currently a member in good standing of the U.S. District Court for the SOUTHERN District of FLORIDA*, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| ROBERT ZARCO | [signature] | JAN. 11, 2002 |
| Type/Print Name | Signature | Date |

Attorney License Number: 502138

Law Firm Name & Address: ZARCO & PARDO, P.A.
100 S.E. 2nd STREET, STE. 2700
MIAMI, FL 33131

Telephone: (305) 374-5418

Motion Granted: [signature] JAN 23 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action. * SEE ATTACHED

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______