139804

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-CV-2377 ADM/RLE** **Case Title: Garland v. Schlotzsky's, et al.**

**Affidavit of Movant**

I, William L. Killion, an active member in good standing of the bar of the U.S. District court for the District of Minnesota, requests that this Court admit pro hac vice Edward Wood Dunham, an attorney admitted to practice in the Connecticut Superior Court, the U.S. District Court for the District of Connecticut, the United States Court of Federal Claims, the Supreme Court of the United States, and the United States Courts of Appeals for the First, Second, Fifth and Seventh Circuits, but am not admitted to the bar of this Court, who will be counsel for the defendants Schlotzsky's, Inc., John C. Wooley, Darrell W. Kolinek, Kelly R. Arnold, Joyce Cates, and Brian Wieters in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 55700 6/10/02
Signature MN Attorney License # Date
William L. Killion

**Affidavit of Proposed Admittee**

I, Edward Wood Dunham, am currently a member in good standing of the bars of the Connecticut Superior Court, the U.S. District Court for the District of Connecticut, the United States Court of Federal Claims, the Supreme Court of the United States, and the United States Courts of Appeals for the First, Second, Fifth and Seventh Circuits, but am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and representation of the matters listed above, and must accept service of all papers served.

Edward Wood Dunham [signature] 5/30/02
Name Signature Date

Attorney License Number: ct05429

Law Firm Name & Address:
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

Telephone: (203) 498-4400

Motion Granted: [signature] JUN 11 2002
For the Court: ~~Francis E. Dosal~~, Clerk AMC Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 11 2002
RICHARD D. SLETTEN, CLERK 6/99
JUDGMENT ENTD
DEPUTY CLERK