**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kimberly L.E. Garland, Plaintiff, v. Schlotzsky's, Inc., a Texas corporation, Schenck & Associates, a Wisconsin professional service corporation, John C. Wooley, Darrell W. Kolinek, Kelly R. Arnold, Joyce Cates, Brian Wieters, David B. Gerstner and Jeffrey P. Noeldner, individually, jointly and severally, Defendants. | FILE NO.: 01-CV-2377 (ADM/RLE)<br><br>**STIPULATION OF DISMISSAL**<br><br>July 31st, 2003 |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice. Each party shall bear its own costs and attorneys' fees.

PLAINTIFF,
KIMBERLY L.E. GARLAND

By [signature]

Robert Zarco, Esq.
Robert M. Einhorn, Esq.
Zarco Einhorn & Salkowski, P.A.
Her Attorneys
Bank of America Tower
100 Southeast 2nd Street, Suite 2700
Miami, Florida 33131
Tel: 305-374-5418
Fax: 305-374-5428

FILED AUG - 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

DEFENDANTS,
SCHLOTZSKY'S, INC.
JOHN C. WOOLEY
DARRELL W. KOLINEK
KELLY R. ARNOLD
JOYCE CATES
BRIAN WIETERS

By G. Adam Schweickert

Edward Wood Dunham, Esq.
G. Adam Schweickert, Esq.
Wiggin & Dana LLP
Their Attorneys
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889

DEFENDANTS,
SCHENCK & ASSOCIATES
DAVID B. GERSTNER

By______________________________

Mathew M. Meyer, Esq.
Moss & Barnett
Their Attorneys
4800 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4119
Tel: 612-347-0300
Fax: 612-339-6686

DEFENDANTS,
SCHLOTZSKY'S, INC.
JOHN C. WOOLEY
DARRELL W. KOLINEK
KELLY R. ARNOLD
JOYCE CATES
BRIAN WIETERS

By____________________________

Edward Wood Dunham, Esq.
G. Adam Schweickert, Esq.
Wiggin & Dana LLP
Their Attorneys
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889

DEFENDANTS,
SCHENCK & ASSOCIATES
DAVID B. GERSTNER

By____________________________

Mathew M. Meyer, Esq.
Moss & Barnett
Their Attorneys
4800 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4119
Tel: 612-347-0300
Fax: 612-339-6686

DEFENDANT,
JEFFREY P. NOELDNER

By________________________
James F. Roegge, Esq.
Kristine M. Boylan, Esq.
Meagher & Geer
His Attorney
4200 Multifoods Tower
Minneapolis, Minnesota 55402
Tel: 612-347-9151
Fax: 612-338-8384

**SO ORDERED.** LET JUDGMENT BE ENTERED ACCORDINGLY.

________________________
Hon. Ann D. Montgomery
United States District Judge

\15312\3\404113.3